Earl RINGO, Appellant

v.

Donald ROPER, Appellee.

No. 14–3044.

United States Court of Appeals,
Eighth Circuit.

Sept. 9, 2014.

Richard H. Sindel, Kathryn B. Parish, Sindel, Sindel & Noble, P.C., Clayton, MO, John William Simon, Constitutional Advocacy, St. Louis, MO, for appellant.

Michael J. Spillane, Asst. Atty. Gen., Jefferson City, MO (Chris Koster, Atty. Gen., on the brief), for appellee.

Before RILEY, Chief Judge, WOLLMAN, LOKEN, MURPHY, BYE, SMITH, COLLOTON, GRUENDER, SHEPHERD, and KELLY, Circuit Judges.

### ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied. Judge Bye would grant the petition for en banc rehearing.

Judge Benton did not participate in the consideration or decision of this matter.